UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ALLEN KIRKHAM, | Case No. 1:22-cv-00191-JLT-EPG |
|---|---|
| Plaintiff, | |
| v. | ORDER RE STIPULATION TO MODIFY COURT'S SCHEDULING ORDER DEADLINES |
| CITY OF FRESNO, et al. | |
| Defendants. | (ECF No. 14) |

This matter is before the Court on the parties' joint stipulation to modify the Court's scheduling order. (ECF No. 14). As grounds, the parties state that discovery delays, the parties' ongoing preparation of an agreed protective order, and Plaintiff counsel's involvement with other matters necessitates an extension of approximately 60 days of the dates/deadlines in this case.

Based on the parties' stipulation (ECF No. 14), IT IS ORDERED that the Court's scheduling order (ECF No. 10) is modified as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-Expert Discovery | February 21, 2023 | April 25, 2023 |
| Expert Disclosures | March 21, 2023 | May 23, 2023 |
| Rebuttal Expert Disclosures | April 21, 2023 | June 23, 2023 |
| Expert Discovery Cut-Off | May 22, 2023 | July 24, 2023 |

1

| Dispositive Motion Filing | July 6, 2023 | September 7, 2023 |
| --- | --- | --- |
| Joint Pretrial Statement | October 27, 2023 | January 12, 2024 |
| Pretrial Conference | November 3, 2023, 1:30 p.m. | January 22, 2024, 1:30 p.m.[1] |
| Trial | January 16, 2024, 8:30 a.m. | March 26, 2024, 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **December 20, 2022**             /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The parties propose January 19, 2024, for the pretrial conference. However, that date does not work for the District Judge's calendar. Accordingly, the Court sets the pretrial for January 22, 2024, at 1:30 p.m.