UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN KIRKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.<br><br>    Defendants. | Case No. 1:22-cv-00191-JLT-EPG<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 18) |

This matter is before the Court on the parties' stipulation to modify the Court's scheduling order. (ECF No. 18; *see* ECF No. 14). As grounds, the parties state that discovery delays and pending settlement discussions warrant an extension of approximately thirty days of the deadlines in the scheduling order.[1] This is the parties' second request for a modification to the Court's scheduling order in this case. (ECF Nos. 14, 15).

Based on the stipulation (ECF No. 18), IT IS ORDERED that the Court's scheduling order (ECF Nos. 10, 15) is further modified as follows:

\\\

\\\

---

[1] The parties have not asked to extend the pretrial conference or trial dates; however, the modification of the other deadlines also requires the extension of these dates.

| EVENT | CURRENT DEADLINE/DATE | NEW DEADLINE/DATE |
|---|---|---|
| Non-Expert Discovery | April 25, 2023 | June 2, 2023 |
| Expert Disclosures | May 23, 2023 | June 27, 2023 |
| Rebuttal Expert Disclosures | June 23, 2023 | July 25, 2023 |
| Expert Discovery Cut-Off | July 24, 2023 | August 28, 2023 |
| Dispositive Motion Filing | September 7, 2023 | October 19, 2023 |
| Pretrial Conference | January 22, 2024 | February 20, 2024, at 1:30 p.m. (before JLT in Courtroom 4) |
| Trial | March 26, 2024 | April 23, 2024, at 8:30 a.m. (before JLT in Courtroom 4) |

IT IS SO ORDERED.

Dated: **April 6, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE